UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNREALISTIC IDEAS, LLC, a Delaware limited liability company; PIECE OF WORK PRODUCTIONS, LLC, a California limited liability company; DAVID "ARCHIE" GIPS, an individual,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>HISCOX INSURANCE COMPANY LIMITED, a business entity form unknown; HISCOX INC., a Delaware Corporation; HISCOX SYNDICATES LTD., a business entity form unknown; SYNDICATE 3624 AT LLOYD'S, MANAGED BY HISCOX SYNDICATES LTD FOR YOUR INSURED COMPANIES REGISTERED IN THE UK, CHANNEL ISLANDS, ISLE OF MAN, GIBRALTAR OR OUTSIDE THE EEA, a business entity form unknown; HISCOX SA FOR YOUR INSURED COMPANIES REGISTERED IN THE EEA (NOT INCLUDING THE UK, CHANNEL ISLANDS, ISLE OF MAN OR GIBRALTAR), a business entity form unknown; and DOES 1 through 30, inclusive,<br><br>　　　　　　　　　Defendants. | Case No.: 2:23-cv-07273-JLS (Ex)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

**FOR GOOD CAUSE SHOWN,** upon considering the stipulation for dismissal of the entire action with prejudice (Doc. 17), IT IS HEREBY ORDERED THAT:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) this action is dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

DATED: March 11, 2024

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE